UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                              :

GINA G. LaPROVA                     :    BK No. 08-14061
        Debtor                              Chapter 13

- - - - - - - - - - - - - - - - - -x

## ORDER DENYING DEBTOR'S MOTION TO ESTABLISH VALUATION AND FOR ORDER VOIDING SECOND MORTGAGE LIEN

Heard on April 9, 2009, on the Debtor's Motion to Establish Valuation and for Order Voiding Second Mortgage Lien. After consideration of pleadings and evidence presented by the parties, IT IS HEREBY ORDERED that the Debtor's Motion is denied.

Dated at Providence, Rhode Island, this 10th day of April, 2009.

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 4/10/09